IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00845-GPG

JONATHAN APODACA, and
JOSHUA VIGIL, On Behalf of Themselves and Others Similarly Situated,

    Plaintiffs,

v.

RICK RAEMISCH, Executive Director of the Colorado Department of Corrections, In his
    Individual Capacity, and
TRAVIS TRANI, Warden of the Colorado State Penitentiary, In his Individual Capacity,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and when applicable to a magistrate judge pursuant to D.C.COLO.LCivR 40.1(a).

DATED April 23, 2015, at Denver, Colorado.

                              BY THE COURT:

                              S/ Gordon P. Gallagher

                              United States Magistrate Judge