IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00845-MJW

JONATHAN APODACA, *and*
JOSHUA VIGIL,
*on behalf of themselves and all others similarly situated*,

Plaintiffs,

v.

RICK RAEMISCH, *Executive Director, Colorado Department of Corrections, in his individual capacity*, *and*
TRAVIS TRANI, *Warden, Colorado State Penitentiary, in his individual capacity*,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- The Joint Motion to Amend Scheduling Order (Docket No. 71) is GRANTED for good cause shown;

- The Court denies Plaintiffs' request for the Court to compel Alternative Dispute Resolution, but reminds the parties that they have an independent duty to pursue such options where appropriate; and

- The Scheduling Order (Docket No. 16) is AMENDED as follows:

    - The deadline to amend pleadings or join parties is extended to December 31, 2015;

    - The deadline to designate and disclose affirmative experts is extended to January 15, 2016;

    - The deadline to designate and disclose rebuttal experts is extended to February 15, 2016;

    - The deadline to serve written discovery requests is extended to February 11, 2016;

- The discovery cut-off is extended to March 15, 2016; and
- The dispositive motions deadline is extended to April 1, 2016.

Date: November 18, 2015