IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00845-MJW

JONATHAN APODACA, *and*
JOSHUA VIGIL,
*on behalf of themselves and all others similarly situated*,

Plaintiffs,

v.

RICK RAEMISCH, *Executive Director, Colorado Department of Corrections, in his individual capacity*, *and*
TRAVIS TRANI, *Warden, Colorado State Penitentiary, in his individual capacity*,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     For the reasons set forth in the motion (Docket No. 80), and finding no objection from Plaintiffs (Docket No. 82), it is hereby ORDERED that:

- Defendants' Motion to Stay All Proceedings (Docket No. 80) is GRANTED;

- All proceedings in this case are STAYED pending further Order of the Court; and

- The parties shall file a joint status report on or before March 31, 2016, advising the Court of the then-present status of the appeal.

Date: November 30, 2015